# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 3:09-cr-00240-11 |
| v. | ) Judge Nixon |
| | ) |
| | ) |
| TIERRA YOUNG | ) |

## ORDER

Pending before the Court is Defendant Tierra Young's Motion to Join Defendant Monterius Pollard's Motion to Dismiss ("Motion to Join"). (Doc. No. 677.) Defendant Young's Motion to Join refers to Defendant Pollard's Motion to Dismiss ("Motion to Dismiss") (Doc. No. 649), which was filed on September 21, 2011, and is still pending in this Court. In his Motion to Dismiss, Defendant Pollard moves for the dismissal of Count 11 of the Indictment in this case. (Doc. No. 649.) The arguments in Defendant Pollard's Motion to Dismiss are applicable to Defendant Young, and so the Court **GRANTS** her Motion to Join. The Court will apply its eventual findings in regard to the Motion to Dismiss to Defendant Young as well.

It is so ORDERED.

Entered this the 7th day of October, 2011.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1