IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 3:09-cr-00240-11 |
| v. ) | Judge Nixon |
| TIERRA YOUNG ) | |

## ORDER

Pending before the Court is Defendant Tierra Young's Motion for Disclosure of Grand Jury Testimony ("Motion"), in which Defendant requests that the Court require the Government to disclose to Defendant all of the grand jury testimony in this case. (Doc. No. 1145.) Defendant argues that because this case has been determined to be extended and complex, early disclosure of the grand jury testimony is required for appropriate trial preparation. (*Id.*)

The Government has filed a response in opposition to Defendant's Motion (Doc. No. 1205), in which it adopts its response to Defendant Thomas Branum's Motion to Reveal Agreements and Unseal Plea Agreements (Doc. No. 1051). The Government argues that grand jury testimony must remain under seal so that the cooperation and safety of certain defendants is not compromised. (Doc. No. 1051.)

Upon consideration of the Motion, the Court **GRANTS** Defendant's Motion with respect to Defendant's grand jury testimony and **DENIES** Defendant's Motion with respect to all other grand jury testimony in this case. The Court orders the Government to turn over transcripts of Defendant's grand jury testimony to Defendant's counsel.

It is so ORDERED.

Entered this 19th day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT