IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:09-cr-00240-11 |
| v. ) | |
| ) | Judge Nixon |
| TIERRA YOUNG ) | |

## ORDER

Pending before the Court is Defendant Tierra Young's Motion for Leave to Join and Adopt Certain Pretrial Motions of Defendant Paul McQuiddy ("Motion to Join").[1] (Doc. No. 746.) Specifically, Defendant Young requests to join Defendant McQuiddy's following motions filed on February 18, 2011: Motion for Additional Peremptory Challenges and the Right to Exercise Those Challenges Independently After Consultation and Memorandum in Support (Doc. Nos. 415-16); Motion for Jury Questionnaire and Memorandum in Support (Doc. Nos. 417-18); Motion for Pretrial Identification of Phone Calls that will be Used in Case-In-Chief and Memorandum in Support (Doc. Nos. 419-20); Motion for Pretrial Disclosure of Government Witnesses and *Jencks* Material and Memorandum in Support (Doc. Nos. 421-22); Motion for Daily Trial Transcript and Memorandum in Support (Doc. Nos. 423-24); and Motion for Equal Access to Exhibits and Memorandum in Support (Doc. Nos. 425-26). (Doc. No. 746.) Defendant Young also requests to join Defendant McQuiddy's Motion for Jury-Out *Enright* Hearing on Admissibility of Alleged Coconspirator Statements and Memorandum in Support (Doc. Nos. 604-05), filed on August 30, 2011. (Doc. No. 735.) All motions named in Defendant Young's Motion to Join are currently pending before the Court.

---

[1] The actual title of Defendant's Motion to join is "Motion for Leave to Join and Adopt Certain Pre-trial Motions of Defendant Tierra Young."

1

The arguments made by Defendant McQuiddy in his motions apply equally to Defendant Young. (*See* Doc. Nos. 415-26, 604-05). Accordingly, the Court **GRANTS** the Motion to Join with respect to motions filed by Defendant McQuiddy (Doc. Nos. 415-26, 604-05).

It is so ORDERED.

Entered this the 22nd day of October, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT