IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:09-cr-00240-11 |
| v. | ) | |
| | ) | Judge Nixon |
| TIERRA YOUNG | ) | |

### ORDER

Pending before the Court are Defendant Tierra Young's motions to join pretrial motions filed by Defendants Christopher Moody and Patrick Scott. (Doc. Nos. 1558; 1559.) Specifically, Ms. Young requests to join Mr. Scott's Motion in Limine to Exclude Any Testimony Regarding Alleged Gang Affiliation (Doc. No. 1554), filed on December 20, 2012. (Doc. No. 1558.) Ms. Young also requests to join Mr. Moody's following motions filed on December 19, 2012: Motion to Determine the Existence of a Conspiracy (Doc. No. 1546); and Motion in Limine to Exclude Non-Testifying Co-Conspirator Statements (Doc. No. 1548). (Doc. No. 1559.) All motions named in Ms. Young's motions are currently pending before the Court.

The arguments made by Mr. Moody and Mr. Scott in their motions apply equally to Ms. Young. (*See* Doc. Nos. 1546; 1548; 1554). Accordingly, the Court **GRANTS** Ms. Young's motions to join (Doc. Nos. 1558; 1559) with respect to the above-named motions filed by Mr. Moody and Mr. Scott (Doc. Nos. 1546; 1548; 1554).

It is so ORDERED.

Entered this the 2nd day of January, 2013.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT