IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 3:09-cr-00240-11 |
| v. | ) |
| | ) Judge Nixon |
| TIERRA YOUNG | ) |

## ORDER

Pending before the Court are Defendant Tierra Young's three Motions to Adopt Co-Defendant Motions ("Motions to Adopt"). (Doc. Nos. 1718; 1720–21.) Ms. Young requests to join Defendant Paul McQuiddy's Motion for Daily Transcript (Doc. No. 423), which was granted by the Court on January 4, 2013. (Doc. No. 1598.) Ms. Young also requests to join the following motions filed by Defendants McQuiddy, Howard Coleman, Thomas Branum, Cecil Whitmon, III, Antonio Lee, Leonard Baugh, Patrick Scott, and Anthony Johnson on January 21, 2013: Motion to Exclude Inadmissible Hearsay Contained in Recorded Phone Calls Pursuant to Federal Rules of Evidence 801(d)(2)(E) and 901 (Doc. No. 1700); Motion to Exclude all 404(b) Proof (Doc. No. 1704); Motion to Require that the Only Evidence Presented Come from the Witness Stand and to Prohibit Courtroom "Displays" (Doc. No. 1705); and Motion to Prohibit Presentation of Telephone Transcripts to the Jury (Doc. No. 1706). (Doc. No. 1720–21.) Finally, Ms. Young requests to join various Motions to Dismiss Indictment Due to Vindictive Prosecution filed by Defendants McQuiddy (Doc. No. 1582), Scott (Doc. No. 1641), and Baugh (Doc. No. 1646). (Doc. No. 1718.) All motions named in Ms. Young's Motions to Adopt other than the Motion for Daily Transcript (Doc. No. 423), remain pending before the Court.

The arguments made by Defendants McQuiddy, Coleman, Branum, Whitmon, Lee, Baugh, Scott, and Johnson in their motions apply equally to Ms.Young. (*See* Doc. Nos. 423; 1582; 1641; 1646; 1700; 1704–06.) Accordingly, the Court **GRANTS** the Motions to Adopt (Doc. Nos. 1718; 1720–21) with respect to the above-named documents (Doc. Nos. 423; 1582; 1641; 1646; 1700; 1704–

1

06). Per the Court's Order granting the Motion for Daily Transcript (Doc. No. 1598), the Court **ORDERS** counsel for Ms. Young to file a CJA Form 24 with the court reporter no later than January 28, 2013.

It is so ORDERED.

Entered this the 29th day of January, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT